# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DANIEL ROYTMAN, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>(1) CSAA GENERAL INSURANCE )<br>COMPANY, f/k/a AAA INSURANCE )<br>COMPANY, a foreign for profit )<br>corporation, )<br>)<br>Defendant. ) | No.  15-CV-101-CVE-TLW |

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** Daniel Roytman, by and through attorney of record, Donald E. Smolen, II, and Gregory D. Nellis, attorney of record for Defendant, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice

  /s/ Donald E. Smolen, II
(signed by filing attorney with permission of Plaintiff attorney)
Donald E. Smolen, II
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Avenue
Tulsa, OK  74119

ATTORNEYS FOR PLAINTIFF

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
Atkinson, Haskins, Nellis, Brittingham,
  Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103
T: (918) 582-8877   F: (918) 585-8096
Email: gnellis@ahn-law.com
ATTORNEYS FOR DEFENDANT

# CERTIFICATE OF SERVICE

   This is to certify that on October 15, 2015, the above and foregoing document was transmitted to the Clerk for the United States District Court for the Northern District of Oklahoma using the ECF System for filing and transmittal to the following ECF registrants:

Donald E. Smolen, II
Smolen, Smolen & Roytman, PLLC
701 S. Cincinnati Avenue
Tulsa, OK  74119

                /s/ Gregory D. Nellis

S:\Files\311\21\Stipulation-mac.wpd